UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 13-00637 DLJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] FINAL ORDER OF |
| v. | ) | FORFEITURE |
| | ) | |
| WILLIAM ZACHARY BETTENCOURT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On October 7, 2014, the Court entered a Preliminary Order of Forfeiture, forfeiting all right, title, and interest in:

- a. Beretta 9mm handgun, model 92F, bearing serial number BER269791; and
- b. 10 rounds of 9mm ammunition

("subject property").

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property is forfeited to the United States, pursuant to Title 18, United States Code, Section 924(d).

All right, title and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeiture property according to law.

IT IS SO ORDERED this ___Hå___ """"day of Octej , 2015.

_____
DGVJ 'NCDUQP 'HTGGO CP
United States District Judge